No. 85–6583.  KIM ET AL. *v.* STROH, DIRECTOR OF ALCOHOLIC BEVERAGE CONTROL, ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 85–6586.  WILDER *v.* ESTELLE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 85–6587.  MCFALL *v.* REES, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 85–6588.  KISER *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 85–6590.  HERNANDEZ *v.* CITY OF LOUISVILLE, KENTUCKY, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 85–6591.  LAGRANGE *v.* TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 85–6592.  HARRIS *v.* ABSHIRE, SUPERINTENDENT, RIVERSIDE CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 85–6605.  JOHNSON *v.* WOMACK, CLERK, SUPREME COURT OF MISSISSIPPI.  C. A. 5th Cir.  Certiorari denied.

No. 85–6607.  BRYSON *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 85–6608.  ROSBERG *v.* GOERES.  C. A. 8th Cir.  Certiorari denied.

No. 85–6610.  MYERS *v.* GUILLORY, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 85–6611.  TINNEY *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 85–6613.  SELLERS *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 85–6614.  RANDALL *v.* SUPERIOR COURT OF CALIFORNIA, RIVERSIDE COUNTY.  Sup. Ct. Cal.  Certiorari denied.